# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2023 WY 126

*October Term, A.D. 2023*

December 20, 2023

CALEB LEVI BEESON,

**Appellant**
**(Defendant),**

**v.**                                                                  S-23-0197

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S
## ORDER DENYING MOTION FOR SENTENCE REDUCTION

[¶1]   **This matter** came before the Court upon its own motion following notification Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant took this appeal to challenge the district court's July 13, 2023, Order Denying Second Motion for Sentence Reduction.

[¶2]   On October 16, 2023, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that, on or before November 30, 2023, Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]   Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Denying Second Motion for Sentence Reduction should be affirmed. It is, therefore,

[¶4]     **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Caleb Levi Beeson, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]     **ORDERED** that the Goshen County District Court's July 13, 2023, Order Denying Second Motion for Sentence Reduction, be, and the same hereby is, affirmed.

[¶6]     **DATED** this 20th day of December, 2023.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**